Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN PTASIEWICZ & PARSONS**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | ) ) ) ) | Hon. Claire C. Cecchi<br><br>Civil Action No. 22-166 |
| Petitioners, | ) ) | **CIVIL ACTION** |
| v. | ) ) ) | **JUDGMENT** |
| LANDSCAPE SERVICES, INC., | ) ) | |
| Respondent. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Ptasiewicz & Parsons (Jennifer Chang, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings and motions, and a decision having been duly rendered by this Court;

**IT IS** on this 16th day of May, 2022,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent Landscape Services, Inc. the sum of $10,596.12, plus court's filing fee in the amount of $402.00.

_____
CLAIRE C. CECCHI, U.S.D.J